# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

### No. 201800111

_____

### UNITED STATES OF AMERICA
Appellee

v.

### JORDAN P. SMITH
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commanding Officer, Headquarters and Service
Battalion, U.S. Marine Corps Forces Pacific, Camp H.M. Smith,
Kaneohe Bay, HI.
Staff Judge Advocate's Recommendation: Major Marc R. Tilney,
USMC.
For Appellant: Captain Kimberly D. Hinson, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 12 July 2018

_____

Before HUTCHISON, SAYEGH and FOIL, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court